ACCEPTED
03-14-00315-CV
6573044
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/19/2015 9:34:30 PM
JEFFREY D. KYLE
CLERK

# CAUSE NO. 03-14-00315-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/19/2015 9:34:30 PM
JEFFREY D. KYLE
Clerk

# IN THE THIRD COURT OF APPEALS
# AUSTIN, TEXAS

**JADON NEWMAN**
        **Appellant**

**v.**

**FIRSTMARK CREDIT UNION**
        **Appellee**

## APPELLANT'S SECOND OPPOSED
## MOTION FOR LEAVE TO FILE REPLY BRIEF

Respectfully submitted,

    Peter C. Ruggero
    RUGGERO LAW FIRM PC
    SBN 24044377
    1411 West Ave Ste 200
    Austin TX 78701
    peter@ruggerolaw.com
and
    Craig S. Smith
    SBN 18553570
    14493 S.P.I.D., suite A, P.M.B. 240
    Corpus Christi, Tx. 78418
    361 728 8037
    csslawrr@gmail.com

### ORAL ARGUMENT REQUESTED

TO THE HONORABLE THIRD COURT OF APPEALS:

Comes now Appellant Jadon Newman, respectfully showing the Court as follows:

1. Appellant is Jadon Newman; Appellee is Firstmark Credit Union.

2. This motion is filed on August 19, 2015. Appellees' Brief was filed on November 12, 2015. Appellant's reply brief, after first extension granted, was due on January 8, 2015.

3. This is Appellant's second motion for leave to file this Reply Brief.

4. Appellant requests leave to file this brief based on the facts stated below.

5. Appellant Newman hired Peter Ruggero as counsel in relation to post-judgment trial representation. He subsequently and recently retained Ruggero to serve as co-counsel in relation to the appeal. Co-counsel Ruggero reviewed the record and determined Firstmark failed to attach a key document to its summary judgment motion, and therefore failed to conclusively establish its right to summary judgment. In this reply brief Appellant Newman explains why this defect in Firstmark's proof requires a new trial, and squarely brings it to this Honorable Court's attention. Newman respectfully renews his request for oral argument on the cover of his reply brief.

1

## PRAYER

Newman respectfully moves the Court to grant leave to file this brief, to set this case for oral argument, and for all other relief to which he is entitled.

## CERTIFICATE OF CONFERENCE

Peter Ruggero, counsel for Newman, conferred with counsel for Firstmark, and Firstmark opposes this motion for leave.

Respectfully submitted,

/s/ Peter C. Ruggero
Peter C. Ruggero
RUGGERO LAW FIRM PC
SBN 24044377
1411 West Ave Ste 200
Austin TX 78701
peter@ruggerolaw.com

-and-

Craig S. Smith
SBN 18553570
14493 S.P.I.D., suite A, P.M.B. 240
Corpus Christi, Tx. 78418
361 728 8037
csslawrr@gmail.com

## CERTIFICATE OF COMPLIANCE

This document complies with the typeface requirements of TEX. R. APP. P. 9.4(e) because it has been prepared in a conventional typeface no smaller than 14-point for text and 12-point for footnotes. This document also complies with the word-count limitations of TEX. R. APP. P. 9.4(i), if applicable, because it contains 208 words.

*/s/* Peter C. Ruggero
Peter C. Ruggero

## CERTIFICATE OF SERVICE

On August 19, 2015, in compliance with Texas Rule of Appellate Procedure 9.5, I served this document by e-service, e-mail, facsimile, or mail to the following:

Lessie Gilstrap Fitzpatrick
lfitzpatrick@fbhh.com
Lisa C. Fancher
lfancher@fbhh.com
Christine E. Burgess
cburgess@fbhh.com
98 San Jacinto Blvd., Suite 2000
Austin, Texas 78701
(512) 476-2020 phone
(512) 477-5267 fax

*Counsel for Appellees*

*/s/* Peter C. Ruggero
Peter C. Ruggero